UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sandra Baker v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11027-DRH |
| *Jade Crocker v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11132-DRH |
| *Erica Fabian v. Bayer Corp., et al.* | No. 3:11-cv-10867-DRH |
| *Joyce Hawkins v. Bayer Corp., et al.* | No. 3:10-cv-12924-DRH |
| *Myranda Hinckley v. Bayer Corp., et al.* | No. 3:11-cv-12092-DRH |
| *Wendy Hudson v. Bayer Corp., et al.* | No. 3:11-cv-11689-DRH |
| *Charlotte McIntosh v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11283-DRH |
| *Amanda Naquin v. Bayer Corp., et al.* | No. 3:11-cv-10981-DRH |
| *Christina Pietzak v. Bayer Corp., et al.* | No. 3:11-cv-10860-DRH |
| *Kristal Ramirez v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12198-DRH |
| *Denise Sloan v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11029-DRH |
| *Emily Smith v. Bayer Corp., et al.* | No. 3:11-cv-12025-DRH |
| *Tracy and Jeffrey Spangler v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-10691-DRH |
| *Nashlee Taylor v. Bayer Corp., et al.* | No. 3:11-cv-11645-DRH |
| *Susan Tedaldi v. Bayer Corp., et al.* | No. 3:11-cv-10837-DRH |

*Monica Thompson v. Bayer Corp., et al.*     No. 3:11-cv-12029-DRH

*Misty Tyson  v. Bayer HealthCare Pharmaceuticals, Inc., et al.*     No. 3:10-cv-12678-DRH

*Debra West  v. Bayer HealthCare Pharmaceuticals, Inc., et al.*     No. 3:11-cv-11735-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court on defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on June 20, 2013, the above captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

                                       **NANCY J. ROSENSTENGEL,**
                                       **CLERK OF COURT**

                                       BY:   /s/*Sara Jennings*
                                              **Deputy Clerk**

Dated:  June 21, 2013

APPROVED:

      David R. Herndon
      2013.06.21
      08:00:58 -05'00'

      CHIEF JUDGE
      U. S. DISTRICT COURT